UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R.,[1]<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 5:21-cv-01605-MCS (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred.  The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT IS HEREBY ORDERED that Judgment shall be entered remanding this matter to the Commissioner for further administrative proceedings consistent with the Report and Recommendation.

DATED: April 24, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. MARK C. SCARSI
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.