|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |
| 8  |    |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Steven R., | Case No.: 5:21-cv-01605-MCS-AFM |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

   Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $8,500.00 and costs in the amount of $402.00.

   **IT IS SO ORDERED**.

DATED:  7/10/2023

_____
HON. ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE